FILED MAR 1 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

FILED MAR 1 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FARLOC ARGENTINA SA, | ) | Hon. Joseph H. Rodriguez |
| | ) | |
| Appellants, | ) | Civil Action No. 04-1549 |
| | ) | |
| v. | ) | On Appeal from an Order of the |
| | ) | United States Bankruptcy Court |
| FEDERAL-MOGUL GLOBAL INC., et al. | ) | for the District of Delaware in |
| | ) | Bankruptcy Case No. 01-10578 |
| Appellees. | ) | |

**STIPULATION BETWEEN THE DEBTORS AND FARLOC ARGENTINA S. A. EXTENDING BRIEFING SCHEDULE**

Federal-Mogul Global, Inc., et al. (collectively, the "Debtors") and Farloc Argentina S. A. ("Farloc") hereby stipulate (the "Stipulation") as follows:

WHEREAS, on October 1, 2001, the Debtors commenced their chapter 11 cases by filing voluntary petitions for relief under title 11 of the United States Code (as amended, the "Bankruptcy Code");

WHEREAS, on November 17, 2004, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an Order (the "Order") Granting Debtors' Motion for Order Approving and Authorizing Rejection of Licensing Agreement with Farloc Argentina S.A. (Bankruptcy Docket No. 6373);

WHEREAS, on November 24, 2004 Farloc filed its Notice of Appeal in connection with the Order (Docket No. 6461);

WHEREAS on December 24, 2004, the Notice of Appeal was docketed in the United States District Court for the District of Delaware (the "District Court");

27440-001\DOCS_DE:104971.2

WHEREAS, pursuant to a District Court Standing Order dated July 23, 2004, all appeals from the Bankruptcy Court to the District Court were referred to mediation and briefing was suspended for all such appeals;

WHEREAS, on January 6, 2005 Farloc filed its Brief and Appendix;

WHEREAS, on January 14, 2005 the Court entered an Amended Notice of Docketing indicating that the briefing schedule was no longer deferred and giving the Debtors until January 27, 2005 to file their answering brief; and

WHEREAS, the parties hereto have discussed the briefing schedule and agreed upon a schedule.

WHEREAS, the parties hereto had previously agreed to extend the briefing schedules in the above-captioned appeal to allow the Debtors to file their answering brief no later than February 21, 2005 and Farloc to file its reply brief no later than March 7, 2005.

NOW THEREFORE, in consideration of the foregoing, and subject to the approval of the Court, it is hereby stipulated and agreed by and between the Debtors and Farloc as follows:

1. Notwithstanding Fed.R.Bankr.P. 8009, the answering briefs, and the reply briefs for the above captioned appeal shall be filed according to the following schedule:

   a. The Debtors shall file their answering brief on or before March 14, 2005; and

   b. Farloc shall file its reply brief on or before March 28, 2005.

2.  Notwithstanding entry of the order, and in consideration of the extension of the briefing schedule provided herein, the Debtors agree not to terminate the Licensing Agreement that was the subject of the Order through and including March 14, 2005.

3.  The deadlines set forth herein may be extended by mutual agreement between the parties or by motion for good cause shown.

| | |
|---|---|
| SIDLEY AUSTIN BROWN & WOOD LLP<br>James F. Conlan<br>Larry J. Nyhan<br>Kevin T. Lantry<br>Kenneth P. Kansa<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000 | BUCHANAN INGERSOLL P.C.<br><br>*/s/ David E. Wilks*<br>David E. Wilks (Bar No. 2793)<br>The Nemours Building<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801-1236<br>Telephone: (302) 428-5500<br><br>Attorneys for Farloc Argentina S. A. |

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Attorneys for Debtors and Debtors-in-Possession

IT IS SO ORDERED this 28th day of February, 2005.

*Joseph H. Rodriguez*
United States District Court Judge

27440-001\DOCS_DE:104971.2                      3