IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FARLOC ARGENTINA S.A., | ) | Hon. Joseph H. Rodriguez |
| | ) | |
| Appellant, | ) | Civil Action No. 04-1549 |
| | ) | |
| v. | ) | On Appeal from an Order of the |
| | ) | United States Bankruptcy Court |
| FEDERAL-MOGUL GLOBAL INC. | ) | for the District of Delaware in |
| T&N LIMITED, et al. | ) | Bankruptcy Case No. 01-10578 |
| | ) | |
| Appellees. | ) | |

**STIPULATION BETWEEN THE DEBTORS AND FARLOC ARGENTINA S. A.
EXTENDING BRIEFING SCHEDULE**

Federal-Mogul Global Inc., T&N Limited, et al. (collectively, the "Debtors") and Farloc Argentina S. A. ("Farloc") hereby stipulate (the "Stipulation") as follows:

WHEREAS, on October 1, 2001, the Debtors commenced their chapter 11 cases by filing voluntary petitions for relief under title 11 of the United States Code (as amended, the "Bankruptcy Code");

WHEREAS, on November 17, 2004, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an Order (the "Order") Granting Debtors' Motion for Order Approving and Authorizing Rejection of Licensing Agreement with Farloc Argentina S.A. (Bankruptcy Docket No. 6373);

WHEREAS, on November 24, 2004 Farloc filed its Notice of Appeal in connection with the Order (Docket No. 6461);

WHEREAS on December 24, 2004, the Notice of Appeal was docketed in the United States District Court for the District of Delaware (the "District Court");

WHEREAS, pursuant to a District Court Standing Order dated July 23, 2004, all appeals from the Bankruptcy Court to the District Court were referred to mediation and briefing was suspended for all such appeals;

WHEREAS, on January 6, 2005 Farloc filed its Brief and Appendix;

WHEREAS, on January 14, 2005 the Court entered an Amended Notice of Docketing indicating that the briefing schedule was no longer deferred and giving the Debtors until January 27, 2005 to file their answering brief;

WHEREAS, the parties hereto have discussed the briefing schedule and agreed upon a schedule; and

WHEREAS, the parties hereto had previously agreed to extend the briefing schedules in the above-captioned appeal to allow the Debtors to file their answering brief no later than May 20, 2005 and Farloc to file its reply brief no later than June 3, 2005.

NOW THEREFORE, in consideration of the foregoing, and subject to the approval of the Court, it is hereby stipulated and agreed by and between the Debtors and Farloc as follows:

1. Notwithstanding Fed.R.Bankr.P. 8009, the answering briefs, and the reply briefs for the above captioned appeal shall be filed according to the following schedule:

   a. The Debtors shall file their answering brief on or before July 1, 2005; and

   b. Farloc shall file its reply brief on or before July 15, 2005.

2. Notwithstanding entry of the order, and in consideration of the extension of the briefing schedule provided herein, the Debtors agree not to terminate the Licensing Agreement that was the subject of the Order through and including July 1, 2005.

3. The deadlines set forth herein may be extended by order of the Court.

SIDLEY AUSTIN BROWN & WOOD LLP
James F. Conlan
Larry J. Nyhan
Kevin T. Lantry
Kenneth P. Kansa
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Attorneys for Debtors and Debtors-in-Possession

BUCHANAN INGERSOLL P.C.

_____
David E. Wilks (Bar No. 2793)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500

Attorneys for Farloc Argentina S. A.

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge