IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FARLOC ARGENTINA SA, | ) | Hon. Joseph H. Rodriguez |
| | ) | |
| Appellants, | ) | Civil Action No. 04-1549 |
| | ) | |
| v. | ) | On Appeal from an Order of the |
| | ) | United States Bankruptcy Court |
| FEDERAL-MOGUL GLOBAL INC., *et al.* | ) | for the District of Delaware in |
| | ) | Bankruptcy Case No. 01-10578 |
| Appellees. | ) | |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the ___19th___ day of May 2005, I caused a true and correct copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**STIPULATION BETWEEN THE DEBTORS AND FARLOC ARGENTINA S.A. EXTENDING BRIEFING SCHEDULED**

James E. O'Neill (Bar No. 4042)

Federal Mogul
Farloc Argentina S.A. Service List
USBC, DE, CA No. 04-1549
Document No. 102269
02 – Hand Delivery
01 – Express Mail Delivery

**Hand Delivery**
David E. Wilks, Esquire
William D. Sullivan, Esquire
Buchanan Ingersoll PC
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

**Hand Delivery**
Frank J. Perch, III, Esquire
U.S. Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

**Express Mail Delivery**
Robert E. Pollock, Esquire
Dana Corporation (Legal Department)
P.O. Box 1000
Toledo, OH 43697-1000