**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FARLOC ARGENTINA SA, | : | Hon. Joseph H. Rodriguez |
| | : | |
| Appellants, | : | Civil Action No. 04-1549 |
| v. | : | |
| | : | On Appeal from an Order of the |
| FEDERAL-MOGUL GLOBAL INC., *et al.*, | : | United States Bankruptcy Court |
| | : | for the District of Delaware in |
| Appellees. | : | Bankruptcy Case No. 01-10578 |
| | : | |
| _____: | | |

## <u>ORDER</u>

This matter having come before the Court pursuant to a Stipulation Between Federal-Mogul Global, Inc., T&N Limited, et al. (collectively, the "Debtors") and Farloc Argentina S.A. ("Farloc") Extending the Briefing Schedule [18] on Farloc's Appeal from the United States Bankruptcy Court for the District of Delaware's ("Bankruptcy Court") Order of November 17, 2004, which Granted Debtors' Motion for Order Approving and Authorizing Rejection of Licensing Agreement with Farloc (Bankr. Docket No. 6373); and

It appearing that on January 14, 2005, the Court entered an Amended Notice of Docketing indicating that the briefing schedule was no longer deferred in light of the District Court Standing Order dated July 23, 2004, which referred all appeals from the Bankruptcy Court to mediation; and

It appearing that the Court has since granted six (6) stipulations to extend the briefing schedule and the Court is reluctant to grant a seventh extension; and,

IT IS THIS 20th day of May, 2005

**ORDERED** that the Stipulation Between Debtors and Farloc Argentina S.A.
Extending the Briefing Schedule [18] is <u>GRANTED</u>;

**IT IS FURTHER ORDERED** that notwithstanding Fed. R. Bankr. P. 8009,
Debtors shall file and serve their answering brief on or before <u>July 1, 2005</u>, and Farloc
shall file and serve its reply brief on of before <u>July 15, 2005</u>;

**IT IS FURTHER ORDERED** that in consideration of the extension of the
briefing schedule provided herein, the Debtors agree not to terminate the Licensing
Agreement that was the subject of the Bankruptcy Court's Order through and including
July 1, 2005.

**IT IS FURTHER ORDERED** that the Court is not inclined to grant additional
extensions of time, and that if the parties so move before July 1, 2005, they must provide
the court, in writing, with substantial justification for doing so.

/S/ Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ
United States District Judge