IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| FEDERAL-MOGUL GLOBAL, INC., *et al.*, | : Chapter 11 |
| Debtors. | : Case No. 01-10578 (RTL) |
| | : Jointly Administered |
| FARLOC ARGENTINA, S.A., | : |
| Appellants, | : On Appeal from the United States Bankruptcy Court for the District of Delaware |
| v. | : |
| FEDERAL-MOGUL GLOBAL, INC., *et al.*, | : C.A. No. 04-1549 (JHR) |
| Appellees. | : |

CERTIFICATE OF SERVICE

    I, David E. Wilks, do hereby certify that on August 1, 2005, I caused a true and correct copy of Appellant Farloc Argentina, S.A.'s Reply Brief to be served on the following parties on the attached list via hand delivery:

Wilmington, Delaware  
Date: August 2, 2005

BUCHANAN INGERSOLL PC

    /s/ David E. Wilks  
David E. Wilks (Bar No. 2793)  
William D. Sullivan (Bar No. 2820)  
The Nemours Building  
1007 N. Orange Street, Suite 1101  
Wilmington, DE 19801  
Tel: (302) 428-5500

*Counsel to Farloc Argentina, S.A.*

SERVICE LIST

Laura Davis Jones
Pachulski Stang Ziehl Young Jones
& Weintraub
919 N. Market Street
Wilmington, DE 19801

Office of the U. S. Trustee
844 King Street
Lockbox 35
Wilmington, DE 19801