**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FARLOC ARGENTINA, S.A. | : | Hon. Joseph H. Rodriguez |
| | : | |
|     Appellant, | : | Civil Action No. 04-1549 |
| v. | : | |
| | : | On Appeal from an Order of the |
| FEDERAL-MOGUL GLOBAL INC., | : | United States Bankruptcy Court |
| T&N LIMITED, *et al.*, | : | for the District of Delaware in |
| | : | Bankruptcy Case No. 01-10578 |
|     Appellees. | : | |
| _____ | : | **ORDER** |

For the reasons set forth in the Court's Opinion filed even date,

**IT IS HEREBY ORDERED** on this 2nd day of August, 2005 that the United States Bankruptcy Court for the District of Delaware's Rejection Order of November 17, 2004 [DI 6373] is **AFFIRMED**.

                                           /S/ Joseph H. Rodriguez
                                           JOSEPH H. RODRIGUEZ
                                           United States District Judge