NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

| | |
|---|---|
| In re:<br><br>FEDERAL-MOGUL GLOBAL, INC., *et al.*,<br><br>Debtors. | CIRCUIT COURT<br>DOCKET NO.:_____<br><br>DISTRICT COURT<br>DOCKET NO.: 04-1549<br><br>DISTRICT COURT<br>JUDGE: Hon. Joseph H. Rodriguez |
| FARLOC ARGENTINA, S.A.,<br><br>Appellant,<br><br>v.<br><br>FEDERAL-MOGUL GLOBAL, INC., *et al.*,<br><br>Appellees. | |

## NOTICE OF APPEAL

Notice is hereby given that appellant Farloc Argentina S.A. ("Farloc"), by and through its undersigned counsel, appeals to the United States Court of Appeals for the Third Circuit from the United States District Court's Order ("Order") entered in this action on August 3, 2005 [D.I. 26], affirming an Order of the Bankruptcy Court approving and authorizing the rejection of a licensing agreement filed on November 17, 2004 [United States Bankruptcy Court for the District of Delaware, Case No. 01-10578, D.I. 6373].

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

1

<u>**Counsel for Appellees Federal-Mogul Global, Inc. and its affiliates**</u>

Larry J. Nyhan, Esquire
James F. Conlan, Esquire
Kevin T. Lantry, Esquire
Kenneth P. Kansa, Esquire
Sidley, Austin, Brown & Wood, LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000

<u>**Counsel for Appellant Farloc Argentina S.A.**</u>

David E. Wilks, Esquire
William D. Sullivan, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
Tel: (302) 428-5500
Fax: (302) 428-3996

<u>**Counsel for Appellees Federal-Mogul Global, Inc. and its affiliates**</u>

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Michael P. Migliore, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705,
Wilmington, Delaware 19899-8705
Tel: (302) 652-4100

Dated: August 22, 2005
Wilmington, Delaware

**BUCHANAN INGERSOLL PC**

*/s/ David E. Wilks*

David E. Wilks (No. 2793)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
Tel: (302) 428-5500
Fax: (302) 428-3996

Attorneys for Appellant
Farloc Argentina, S.A

#723400-v2

2