OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

267-299-4928

September 1, 2005

## NOTICE OF DOCKETING OF APPEAL

In Re: Federal Mogul Global Inc.

v.

No.: 04-cv-01549

**(Honorable Joseph F. Rodriquez)**

An appeal by **Farloc Argentina, SA** was filed in the above-caption case on **08/22/05,** and docketed in this Court on **09/01/05,** at No. **(05-3984)**.

Kindly use the Appeals Docket No. **(05-3984)** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_DED Appeals**. Please notify Case Manager **Carmella Wells** at Carmella_Wells@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**