UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FEDERAL-MOGUL GLOBAL, INC., *et al.*,<br><br>Debtors. | CIRCUIT COURT<br>DOCKET NO.: 05-3984<br><br>DISTRICT COURT<br>DOCKET NO.: 04-1549<br><br>DISTRICT COURT<br>JUDGE: Hon. Joseph H. Rodriguez |
| FARLOC ARGENTINA, S.A.,<br><br>Appellant,<br><br>v.<br><br>FEDERAL-MOGUL GLOBAL, INC., *et al.*,<br><br>Appellees. | |

**DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES BY APPELLANT FARLOC ARGENTINA, S.A.**

Farloc Argentina, S.A. ("Farloc") by and through its undersigned attorneys, Buchanan Ingersoll PC, pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B)(i), hereby designates items to be included in the record on appeal arising from the Notice of Appeal, filed by Farloc to the United States Court of Appeals for the Third Circuit, dated August 22, 2005 [D.I. 27].

**Designation of Items to be Included on Record on Appeal From Record in Bankruptcy Court Assembled Pursuant to Fed. R. Bankr. P. 8006.**

1. Debtors' Motion for Order Approving and Authorizing Rejection of Licensing Agreement with Farloc Argentina, S.A., filed on October 1, 2004 [D.I. 5939] ("Rejection Motion").

2. Objection of Farloc Argentina S.A. to Debtors' Motion for Order Approving and Authorizing Rejection of Licensing Agreement, filed on November 2, 2004 [D.I. 6245] ("Objection").

1

3. Amended License Agreement, dated October 1, 1961, between Wagner Electric Corporation and Farloc, Exhibit A to the Objection.

4. Letter Agreement Between Dana Corporation and Federal-Mogul Regarding Farloc Brake Fluid Exports, dated August 22, 2002, Exhibit B to the Objection.

5. Summary of Licensee's Royalty Payments, Exhibit C to the Objection.

6. Affidavit of Horacio deGuili, in support of the Objection, in Replacement Exhibit D to the Objection, filed on November 4, 2004 [D.I. 6276].

7. Reply of Debtors and Debtors-in-possession to Objection of Farloc Argentina, S.A. to Debtors' Motion for Order Approving and Authorizing Rejection of License Agreement, filed on November 8, 2004 [D.I. 6291].

8. Transcript of hearing held November 9, 2004 on the Rejection Motion.

9. Certification of Counsel Regarding Debtor's Motion for Order Approving and Authorizing Rejection of License Agreement with Farloc Argentina, S.A., filed on November 15, 2004 [D.I. 6347].

10. Order Granting Debtors' Motion for Order Approving and Authorizing Rejection of Licensing Agreement with Farloc Argentina, S.A., entered November 18, 2004 [D.I. 6373]

11. Notice of Appeal, filed by Farloc on November 24, 2004 [D.I. 6461].

12. Motion to Shorten Time for Expedited Hearing on Motion of Farloc Argentina, S.A. for Stay Pending Appeal, filed on November 24, 2004 [D.I. 6462].

13. Motion of Farloc Argentina, S.A. for Stay Pending Appeal, filed November 24, 2004 [D.I. 6463].

14. Objection to Motion of Farloc Argentina, S.A. for Stay Pending Appeal, filed on December 2, 2004. [D.I. 6516].

### Designation of District Court Items to be Included on Record on Appeal

1. Opening Brief of Appellant Farloc Argentina, S.A., filed on January 6, 2005 [D.I. 5].

2. Appendix to Opening Brief of Appellant Farloc Argentina, S.A., filed on January 6, 2005 [D.I. 6].

3. Brief of Appellees Federal-Mogul Global Inc., T&N Limited, et al., filed on July 1, 2005 [D.I. 21].

4. Appendix to Opening Brief of Appellees, filed on July 1, 2005 [D.I. 22].

5. Appellant Farloc Argentina, S.A.'s Reply Brief, filed on August 2, 2005 [D.I. 23].

6. Opinion, filed on August 2, 2005 [D.I. 25].

7. Order, filed on August 3, 2005 [D.I. 26].

8. Notice of Appeal, filed on August 22, 2005 [D.I. 27].

Farloc respectfully reserves the rights to supplement and amend the items designated herein.

## Statement of Issues on Appeal

Farloc presents the following issues on appeal:

1. Whether the District Court erred as a matter of law by failing to apply the correct legal standard to a bankruptcy debtor-in-possession's motion to reject an executory contract pursuant to 11 U.S.C. § 365 in reviewing the Bankruptcy Court's grant of the Rejection Motion.

2. Whether the District Court erred as a matter of fact or law by affirming the Bankruptcy Court's grant of the Rejection Motion despite the failure of the Appellees to establish their prima facie case for rejection of an executory contract.

3. Whether the District Court erred as a matter of fact or law when it affirmed the Bankruptcy Court's grant of the Rejection Motion despite the failure of the Bankruptcy Court to adjudicate the Rejection Motion on an appropriately comprehensive record.

4. Whether the District Court erred as a matter of fact or law in affirming the Bankruptcy Court's grant of the Rejection Motion.

Dated: September 14, 2005
Wilmington, Delaware

BUCHANAN INGERSOLL PC

_/s/ David E. Wilks_

David E. Wilks (No. 2793)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
Tel: (302) 428-5500
Fax: (302) 428-3996

Attorneys for Farloc Argentina, S.A.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FEDERAL-MOGUL GLOBAL, INC., *et al.*,<br><br>        Debtors.<br><br>FARLOC ARGENTINA, S.A.,<br><br>        Appellant,<br><br>v.<br><br>FEDERAL-MOGUL GLOBAL, INC., *et al.*,<br><br>        Appellees. | CIRCUIT COURT<br>DOCKET NO.: 05-3984<br><br>DISTRICT COURT<br>DOCKET NO.: 04-1549<br><br>DISTRICT COURT<br>JUDGE: Hon. Joseph H. Rodriguez |

**CERTIFICATE OF SERVICE**

    I, David E. Wilks, do hereby certify that on the 14th of September, 2005, I electronically filed the Designation Of Items To Be Included In Record On Appeal And Statement Of Issues By Appellant Farloc Argentina, S.A. with the Clerk of the Court using CM/ECF, and caused copies to be served upon all parties to the appeal by hand delivery or first class mail:

| **Counsel for Appellees Federal-Mogul Global, Inc. and its affiliates** | **Counsel for Appellees Federal-Mogul Global, Inc. and its affiliates** |
|---|---|
| Larry J. Nyhan, Esquire<br>James F. Conlan, Esquire<br>Kevin T. Lantry, Esquire<br>Kenneth P. Kansa, Esquire<br>Sidley, Austin, Brown & Wood, LLP<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, Illinois 60603<br>Tel: (312) 853-7000 | Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Michael P. Migliore, Esquire<br>Pachulski, Stang, Ziehl, Young, Jones<br>& Weintraub, P.C.<br>919 North Market Street, 16th Floor<br>P.O. Box 8705,<br>Wilmington, Delaware 19899-8705<br>Tel: (302) 652-4100 |

Dated: September 14, 2005
Wilmington, Delaware

BUCHANAN INGERSOLL PC

*David E. Wilks* (signature)

David E. Wilks (No. 2793)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
Tel: (302) 428-5500
Fax: (302) 428-3996
wilksde@bipc.com

Attorneys for Farloc Argentina, S.A.