IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, et al., | ) ) ) | |
| Debtors. | ) ) ) ) | |
| FARLOC ARGENTINA, S.A. | ) ) ) | Case No. 04-CV-1549 |
| Appellant, | ) ) ) | Bankruptcy Case No. 01-10578 |
| | ) ) | Third Circuit Appeal No. 05-3984 |
| v. | ) ) | |
| FEDERAL-MOGUL GLOBAL INC., T&N LIMITED, et al., | ) ) ) ) | Related Docket No. 30 |
| Appellees. | ) ) x | |

### APPELLEES' RESPONSE TO APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES

Pursuant to Rule 6(b)(2)(B)(ii) of the Federal Rules of Appellate Procedure, the undersigned Appellees hereby respond to *Designation of Items to be Included in Record on Appeal and Statement of Issues by Appellant Farloc Argentina, S.A.*, dated September 14, 2005, as follows:

### Statement of Issues on Appeal

Appellant lists four (4) issues that were purportedly determined by the District Court in the proceedings below, and that Appellant contends require review and determination by the Court of Appeals for purposes of determining the correctness of the

District Court's decision. Appellees dispute certain of the characterizations of the issues presented by Appellant. Accordingly, pending the submission of appellate briefs, Appellees reserve all of their rights regarding the proper characterization of the issues to be determined for purposes of this appeal.

### Supplemental Designation of Record on Appeal

The undersigned Appellees hereby designate the following additional parts of the record before the District Court to be certified and sent to the Circuit Clerk:

**A.     Additional Bankruptcy Court Pleadings**

1.     Declaration of Charles H. Polzin in Support of Debtors' Motion for Order Approving and Authorizing Rejection of Licensing Agreement with Farloc Argentina, S.A.

Date of Docket Entry: October 1, 2004

Docket No.: 5939 (Attachment 2 to Motion for Order Approving and Authorizing Rejection of Licensing Agreement with Farloc Argentina, S.A.)

2.     Transcript of Telephonic Conference Before The Honorable Raymond T. Lyons, Jr. on December 9, 2004 on Motion of Farloc Argentina, S.A. for Stay Pending Appeal

Date of Docket Entry: December 13, 2004

Docket No.: 6609

**B.     Additional District Court Pleadings**

None

Appellees respectfully reserve their rights to supplement and amend the items designated.

2

Dated: September 27, 2005

Respectfully submitted,

SIDLEY AUSTIN BROWN & WOOD LLP
Larry J. Nyhan
James F. Conlan
Kevin T. Lantry
Kenneth P. Kansa
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

-and-

*/s/ James E. O'Neill*
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Attorneys for Appellees Federal-Mogul Global Inc., T&N Limited, et al.

[Appellees' Supplemental Designation of Record]

3

CH1 3337529v.1